**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :
                                          :
Michols Orsini Quintero                   :
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATED: 1/7/2020

**ORDER**

19 CR. 124 (AKH)
Docket #

Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

IT IS HEREBY ORDERED that _Sabrina Shroff_ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature
Sabrina Shroff
Print Attorney's Name
233 Broadway
Address
NY NY 10007
646 763 1490
Telephone

_____
Defendant's Signature

SO ORDERED:

_____
Presiding Judge

11-1-2019
DATED (1-3-2020)
nunc pro tunc

_____
Colleen McMahon
Chief Judge

11-1-2019
DATED

1/7/2020
nunc pro tunc