**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

July 27, 2020

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Orsini Quintero, 19 Cr. 144 (AKH)

Hon. Judge Hellerstein:

I write to request a two week adjournment of the July 27, 2020, status conference on the above matter. Mr. Orsini has tested positive for CoVID-19 and appears to have been unable to appear by VTC for a court appearance.

To that end, we request that the time between July 27, 2020 and the next date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Mr. Orsini Quintero

cc: All counsel
    Mr. Orsini Quintero (via mail)

*The conference is adjourned until Aug 3, 2020 @ 11:00 am. Time is excluded until then in the interest of justice.*

X *Alvin K. Hellerstein*
7/27/20