UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
    United States,                                     :
                                                       :
                                                       :
                        Plaintiff,               :
                                                       :
        -against-                                  :        **SCHEDULING ORDERS**
                                                       :
    Michols Orsini Quintero,                           :
                                                       :        19 Cr. 144 (AKH)
                                                       :
                   Defendants.              :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:


        The parties are hereby ordered to appear for a telephonic pre-trial conference on Monday,

August 3, 2020, at 10:30 a.m., which conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**
        **Access code: 7518680**

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in

(other than counsel) to mute their telephones.



        SO ORDERED.

Dated:        New York, New York
             July 31, 2020

                                          ALVIN K. HELLERSTEIN, U.S.D.J.