

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2020

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Orsini Quintero*, 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

      At the defendant's request, the Court adjourned today's conference until September 23, 2020.  The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, September 11, 2020, to and including September 23, 2020, to allow the parties to discuss a possible pretrial disposition, allow the defendant to contemplate potential pretrial motions, and allow the defendant time to review materials recently produced by the Government relating to the Confidential Source in this case.  The Government respectfully submits that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, has consented to this request.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

    By: _____
         Sam Adelsberg / Amanda Houle
         Assistant United States Attorney
         (212) 637-2494 / 2194

cc:        All counsel (by ECF)