UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
   United States of America,
                         Plaintiff,

          -against-                     **SCHEDULING ORDERS**

   Michols Orsini Quintero,

                                   19 Cr. 144 (AKH)

                       Defendants.
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

       The parties are hereby ordered to appear for a telephonic pre-trial conference on September 23, 2020, at 10:30 a.m., which conference will be held via the following call-in number:

       Call-in number: 888-363-4749
       Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

       SO ORDERED.

Dated:     New York, New York
            September 22, 2020

                                                 ALVIN K. HELLERSTEIN, U.S.D.J.