UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :       **ORDER**
        -against-                                              :
                                                               :       19 Cr. 144 (AKH)
MICHOLS ORSINI QUINTERO,                                       :
                                                               :
                            Defendant.                         :
                                                               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Today, September 24, 2020, I held a telephonic pretrial conference for Defendant Michols Orsini Quintero. Counsel for Defendant Victor Mones Coro was present as well. As ordered on the record:

1. The Government's letter to the Court, copying counsel for Orsini Quintero, dated September 22, 2020, shall remain under seal.

2. The Government's ex parte letter to the Court, dated September 22, 2020, shall be sealed. By September 24, 2020, the Government shall submit for *in camera* review proposed redactions. Following my review, the Government shall provide the letter, with approved redactions, to counsel for Orsini Quintero on an attorneys' eyes only basis.

3. Any letters provided to counsel for Orsini Quintero shall be provided with the same restrictions to counsel for Mones Coro.

4. The Government shall complete production of all discovery by October 23, 2020.

5. The parties shall appear for a pretrial conference on October 28, 2020, at
   11:00 a.m.  Time is excluded until then pursuant to 18 U.S.C. §
   3161(h)(7).

6. By November 9, 2020, the parties shall submit a joint letter declaring all
   pretrial motions and setting forth a proposed schedule for those motions.

SO ORDERED.

Dated:      September 23, 2020
            New York, New York

            ALVIN K. HELLERSTEIN
            United States District Judge

2