UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
United States of America,

          -against-

Michols Orsini Quintero,

                           Defendant.
---------------------------------------------------------------- x

**SCHEDULING ORDER**

19 Cr. 144  (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a telephonic status conference on October 28, 2020, at 10:30 a.m., which conference will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       SO ORDERED.

Dated:     October 28, 2020           /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge