```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :    ORDER SETTING TRIAL DATE
          -against-                                           :
                                                              :    19 Cr. 144 (AKH)
MICHOLS ORSINI QUINTERO,                                      :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Trial in this case will commence on January 25, 2021, at 10:00 am. The final pretrial conference will be held on January 20, 2021, at 11:00 am.

              SO ORDERED.

Dated:     October 28, 2020               /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                               United States District Judge