Christine H. Chung, PLLC

**Selendy & Gay**

November 6, 2020

<u>Via ECF</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Conference is adjourned until November 18, 2020 at 9am. Time is excluded until then in the interests of justice.

So ordered,
/s/
Alvin K. Hellerstein
11/6/2020

Re: <u>United States v. Victor Mones Coro and Michols Orsini Quintero</u>
    S4 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

We write to respectfully request that the conference scheduled to take place on Monday, November 9, 2020 at 10:30 a.m. be adjourned to the date of November 18, 2020, at 9:00 a.m. (the date and time currently set aside for Mr. Mones' sentencing). The government, co-defendant Michols Orsini Quintero, and Mr. Mones jointly make this request.

The parties continue to confer about discovery and bail motions and plan to submit a briefing schedule early next week. With the Court's permission, the parties will state then if they are able to complete briefing in time for the Court to hear argument on November 18, 2020, or if they are requesting that the Court reschedule the November 18, 2020 date.

Respectfully submitted,

_/s/ Christine H. Chung_
Christine H. Chung
CHRISTINE H. CHUNG, PLLC
14 Murray Street, #236
New York, New York 10007
Telephone: 917-685-0423
christine@thechunglawoffice.com

_/s/ Faith E. Gay_
Faith E. Gay
Jordan L. Weatherwax
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-390-9000
fgay@selendygay.com
jweatherwax@selendygay.com

cc:     All counsel (via ECF)