UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
: **ORDER**
 -against- :
: 19 Cr. 144 (AKH)
VICTOR MONES CORO, et al., :
:
                            Defendants. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The government shall provide, by Thursday, December 10, at noon, as to defendants Victor Mones Coro and Michols Orsini Quintero, its estimate of probable applications of Sentencing Guidelines.

      SO ORDERED.

Dated:    December 8, 2020             /s/ Alvin K. Hellerstein
            New York, New York      ALVIN K. HELLERSTEIN
                                       United States District Judge