UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MICHOLS ORSINI QUINTERO,
        Defendant.

S3 19 Cr. 144 (AKH)

ORDER

---

ALVIN K. HELLERSTEIN, United States District Judge.

    WHEREAS, on December 11, 2020, the Court granted Defendant Michols Orsini Quintero's application for release from custody pursuant to 18 U.S.C. § 3142(i);

    IT IS HEREBY ORDERED:

    (1) The Clerk of the Court is directed to prepare a personal recognizance bond with the following conditions of release:

    a. A personal recognizance bond in the amount of $250,000 to be signed by Mr. Orsini Quintero and co-signed by Ms. ███████, his wife;

    b. Ms. ███████ will serve as a third party custodian for Mr. Orsini Quintero;

    c. Ms. ███████ and her children will surrender their passports and travel documents to Pretrial Services;

    d. Home incarceration at the residence of Mr. Orsini Quintero's wife and two minor children, ███████████████████████████████, enforced by GPS electronic monitoring;

    e. While Mr. Orsini Quintero is residing at the residence of his wife and children, he is not to have visitors other than family members and medical professionals;

    f. Pretrial Services supervision as directed by Pretrial Services;

    g. Travel restricted to the Southern and Eastern Districts of New York and the Middle District of Florida, and, only for travel purposes, points in between;

    h. Surrender all passports, pilot licenses, and other travel documents, if Mr. Orsini Quintero has not done so already, and make no new applications for new or replacement documents. Mr. Orsini Quintero shall refrain from contacting any person employed at any consulate or embassy and refrain from entering any consulate or embassy. Mr. Orsini Quintero must also refrain from accessing the website of any consulate or embassy;

      i. Mr. Orsini Quintero is prohibited from entering any airport or boarding any aircraft unless in connection with travel to or from the Southern District of New York for the purposes of this case;

      j. Drug testing and treatment as directed by Pretrial Services;

      k. Mr. Orsini Quintero is not to use or possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner;

      l. Mr. Orsini Quintero shall not possess a firearm, destructive device, or other weapon;

      m. Mr. Orsini Quintero shall not have any contact with any of the codefendants in this action unless in the presence of counsel;

      n. Mr. Orsini Quintero must provide to Pretrial Services the telephone numbers of Ms. ▮▮▮▮▮▮▮;

      o. Mr. Orsini Quintero shall be released only after Mr. Orsini Quintero and Ms. ▮▮▮▮▮▮▮ have executed the bond;

      p. Immediately upon his release, Mr. Orsini Quintero must report to Pretrial Services to be fitted with electronic monitoring, before his return to Florida. The defendant is permitted to self-install the electronic monitoring equipment at the direction of Pretrial Services;

      q. Mr. Orsini Quintero must return to Davie, Florida, within 24 hours of his release from MCC. If he must stay overnight in New York before his flight, defense counsel must escort him to the Gatsby Hotel, 125 East Houston Street, where he would reside in a single room, and must provide his room number and phone number to Pretrial Services; and

      r. Within 24 hours of his arrival in the Middle District of Florida or on the next business day, Mr. Orsini Quintero must report to Pretrial Services in that district. Also within 24 hours of arrival in Florida, his counsel must contact the Court to arrange a conference call in which he will participate to enable the Court to deliver the warnings about the importance of compliance with these conditions and the consequences of noncompliance.

(2) This order shall be effective for a period not to exceed 90 days, at which time the need for continued release under the "compelling reason" that release was ordered shall be revisited by the Court.

(3) Pretrial Services is directed to notify the Court, the Government, and defense counsel immediately of any violation of the above conditions, without the need for a formal violation petition. Mr. Orsini Quintero is hereby notified that violation of the conditions of release will likely result in revocation of this temporary release.

(4) This Order is without prejudice to any future application by either party seeking to amend it.

(5) The defendant is temporarily released for the preparation of his defense, pursuant to 18 U.S.C. § 3142(i), to the custody of the Court's Pretrial Services supervision arm, and shall not be subject to the custody of U.S. Immigration and Customs Enforcement for the duration of his temporary release.

Dated: New York, New York
December 15, 2020

SO ORDERED: _____
Hon. Alvin K. Hellerstein