UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA  :   **TRANSPORTATION ORDER**

　　　- v -　　　　　　　　　:   19 Cr. 144 (AKH)

Michols Orsini Quintero,  :

　　　　　　Defendant.　　:

------------------------------------x

Upon the application of Micholas Orsini Quintero, by his attorney, Sabrina Shroff, Esq., pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Micholas Orsini Quintero with funds to cover the cost of travel between New York, New York and Davie, Florida (airport Fort Lauderdale) following the satisfaction of his bail conditions, to travel on Friday, December 18, 2020, no earlier than at 2:00p.m.; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York　　　　SO ORDERED:
　　　　December 17, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　United States District Judge