**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NY 10013
Tel: (646) 763-1490
sabrinashroff@gmail.com

February 25, 2021

By Email & ECF

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: <u>United States v. Orsini Qunitero</u>, 19 Cr. 144 (AKH)

Hon. Hellerstein:

  I write on behalf of Mr. Orsini Quintero to request that his present conditions of bail be modified so that he may receive mental health treatment including counseling. Since his 21 months of detention at MCC-New York, Mr. Orsini has been released on bail. While on bail he has been unable to sleep, has anxiety and depression and suffers from weight loss. Rather than gain weight, he has lost 10 pounds. I have spoken with his pretrial services officer David Stwarka who informs me that Mr. Orsini is fully compliant with his conditions of release. Pretrial Services Officer Stwarka also informs that Mr. Orsini would in fact benefit from (i) mental health evaluation and treatment[1] and (ii) from attending a house of worship as religion and God are a source of comfort for Mr. Orsini.

  For these reasons, I ask the Court to modify the present conditions of release and add the two conditions noted above.

                Respectfully submitted,

                /s/Sabrina P. Shroff
                Counsel for Mr. Orsini Quintero

cc:  All counsel & Pretrial

  So Ordered: _____
         Alvin K. Hellerstein

---

[1] Mr. Orsini Quintero intends to request funds for an evaluation for PTSD, and will submit a separate letter seeking such relief from the Court.