UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

-v-

MICHOLS ORSINI QUINTERO ,

          Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

19 Cr. 144(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a pre-trial conference on March 12, 2021at 12:00 p.m., which conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the argument.

        Finally, no later than March 11, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    March 10, 2021      ___/s/_ Alvin K. Hellerstein, U.S.D.J._____
              New York, New York      ALVIN K. HELLERSTEIN
                                              United States District Judge