

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2022

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pear
New York, New York 10007

The request is granted.  The trial is adjourned, and time is excluded in the interest of justice, from September 12, 2022 to September 18, 2023 at 10:00 a.m.

SO ORDERED.

/s/ Alvin K. Hellerstein
August 19, 2022

      Re:    <u>United States v.  Orsini Qunitero</u>, 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

      The Government and defense counsel jointly write with respect to the trial date for the above-captioned case.  The Court previously set a trial date for September 12, 2022.  Given the parties' existing trial schedules and that the undersigned is currently on paternity leave, we respectfully request a date in June or July 2023.  The Government further requests that time be excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the new trial date set by the Court in order to provide the defendant with additional time to prepare for trial and to allow for the parties to discuss dispositions short of trial.  The defendant, through counsel, consents to the exclusion of time.  The parties thank the Court in advance for its consideration of this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By: _____
      Sam Adelsberg
      Assistant United States Attorney
      (212) 637- 2494

Cc: Sabrina Shroff, Esq. (by ECF)