# SABRINA P. SHROFF
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NY 10013
Tel: (646) 763-1490
sabrinashroff@gmail.com

December 20, 2022

VIA ECF

SO ORDERED.

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

/s/ Alvin Hellerstein
December 22, 2022

Re: <u>United States v. Orsini Quintero</u>, 19 Cr. 144 (AKH)

      With consent of the government and pretrial services, I write to request one modification of the bail conditions in place. We ask that Mr. Orsini be allowed to spend both days with his extended family and return home after 1:00 a.m. but no later than 2:00 a.m. on December 24, 2022, and 31, 2022. Mr. Orsini remains on curfew which is earlier than 2:00 a.m. Should the Court grant this request, all details will be provided to David Stwarka, Senior United States Probation Officer, in Miami Florida who supervises Mr. Orsini who remains compliant, with no violations.

      I thank the Court for its continuing attention to this matter.

      Respectfully submitted,

      /s/*Sabrina P. Shroff*
      Counsel to Michols Orsini Quintero

SPS/mtf
cc: Pretrial

So Ordered: _____
                Hon. Alvin K. Hellerstein