UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :   **ORDER**
   -against-                     :
                                   :   19 Cr. 144 (AKH)
                                   :
ORSINI QUINTERO,                   :
                                   :
                                 Defendants.   :
                                   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The defendant's motion is denied. Postponing the plea and consolidating with sentencing is undesirable. The manner and extent of defendant's allocution at a plea hearing is an important consideration in sentencing.

      I am sensitive to the hardship caused by defendant's inability to pay the expense of the return trip to Florida, where he resides. I understand that the Marshal's Service will bring defendant to the court to enable him to change his plea but refuse to pay for the cost of his return. Defendant's counsel, CJA-appointed, should apply to the Office of Federal Defenders for help with funds. If that fails, I shall order payment from CJA funds.

      The plea hearing is adjourned to April 25, 2023 at 11:45 a.m.


      SO ORDERED.

Dated:    March 27, 2023                    __/s/ Alvin Hellerstein_____
             New York, New York          ALVIN K. HELLERSTEIN
                                                               United States District Judge

1