UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

MICHOLS ORSINI QUINTERO,

                      Defendant.
-------------------------------------------------------------- X

**AMENDED ORDER**

19 Cr. 144 (AKH)

AL VINK. HELLERSTEIN, U.S.D.J.:

        Defendant is required to attend a conference on June 14, 2023 at 11:00 a.m. A change of plea may occur. Accordingly, it is in his interest to appear, and the Court's and public's interest that he appear, for the conference and possible plea allocution, and to meet with his counsel beforehand. An appearance for a Rule 11 allocation is required to be personal. See Fed. R. Crim. P. 11(b)(1), (2) (requiring the court to "address the defendant personally in open court"). It is hereby

        **ORDERED** that the United States Marshal's Service shall arrange noncustodial transport, via commercial economy-class, one-way ticket for Defendant to fly from Miami, Florida to New York, New York in advance of his conference on June 14, 2023 at 11:00 a.m.;

        **ORDERED** that the cost of the return trip from New York to Miami via commercial economy-class should be advanced by counsel. The expense is a reasonable and necessary expense to avoid prejudice to Defendant, and to permit the Court to conduct a proper Rule 11 allocution. The case is complicated and does not lend itself to a virtual presence through telephone or video. A personal appearance is required by law. See Fed. R.

1

Crim. P. 11(b)(1), (2). Reimbursement of expenses in this situation is authorized by 18 U.S.C. § 3006A(e). Defendant's CJA-appointed counsel, Sabrina Shoroff, Esq., shall advance payment for Defendant's same-day return airfare, and shall submit a voucher for reimbursement.

**SO ORDERED.**

Dated: April 19, 2022
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge