

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2023

**Via ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    **United States v. Tareck Zaidan El Aissami Maddah, *et al.*,**
             **No. 19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

      The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of July 13, 2023.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                     By:   /s/
                          Amanda L. Houle
                          Assistant United States Attorney
                          212-637-2194