UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

            -against-

    MICHOLS ORSINI QUINTERO,

                          Defendant.
------------------------------------------------------------------

**ORDER**

19 Cr. 144 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled for August 2, 2023, is hereby adjourned to August 10, 2023, at 10:30 a.m. A change of plea may occur. Accordingly, it is in Defendant's interest to appear, and the Court's and public's interest that he appears, for the conference and possible plea allocation. An appearance for a Rule 11 allocation is required to be personal. *See* Fed. R. Crim. P. 11(b)(1), (2) (requiring the court to "address the defendant personally in open court"). It is hereby

       **ORDERED** that the United States Marshal's Service shall arrange noncustodial transport, via commercial economy-class, one-way ticket for Defendant to fly from Miami, Florida to New York, New York in advance of his conference on August 10, 2023 at 10:30 a.m.;

       **ORDERED** that the coach cost of the return trip should be advanced by counsel. The expense is a reasonable and necessary expense to avoid prejudice to Defendant, and to permit the Court to conduct a proper Rule 11 allocation. The case is complicated and does not lend itself to a virtual presence through telephone or video. A personal appearance is required by law. See Fed. R. Crim. P. 11(b)(1), (2).

Reimbursement of expenses in this situation is authorized by 18 U.S.C. § 3006A(e). Defendant's CJA-appointed counsel, Sabrina Shoroff, Esq., shall advance payment for Defendant's same-day return airfare, and shall submit a voucher for reimbursement.

No adjournments will be granted.

SO ORDERED.

Dated:	August 2, 2023	\_\_\_/s/ Alvin Hellerstein\_\_\_
	New York, New York	ALVIN K. HELLERSTEIN
		United States District Judge