UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
UNITED STATES OF AMERICA,

              -against-

MICHOLS ORSINI QUINTERO,

              Defendant.
-----------------------------------------------------------------

**ORDER**

19 Cr. 144 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for September 18, 2023, is hereby adjourned to September 26, 2023, at 11:00 a.m.  A change of plea may occur. Accordingly, it is in Defendant's interest to appear, and the Court's and public's interest that he appears, for the conference and possible plea allocution. An appearance for a Rule 11 allocation is required to be personal. *See* Fed. R. Crim. P. 11(b)(1), (2) (requiring the court to "address the defendant personally in open court"). It is hereby

      **ORDERED** that, pursuant to 18 U.S.C. 4285, the United States Marshal's Service shall arrange noncustodial transport, via commercial economy-class, one-way ticket for Defendant to fly from Miami, Florida to New York, New York in advance of his conference on September 26, 2023 at 11:00 a.m.;

      **ORDERED** that the coach cost of the return trip should be advanced by counsel. The expense is a reasonable and necessary expense to avoid prejudice to Defendant, and to permit the Court to conduct a proper Rule 11 allocution. The case is complicated and does not lend itself to a virtual presence through telephone or video. A personal appearance is required by law. See Fed. R. Crim. P. 11(b)(1), (2).

Reimbursement of expenses in this situation is authorized by 18 U.S.C. § 3006A(e). Defendant's CJA-appointed counsel, Sabrina Shoroff, Esq., shall advance payment for Defendant's same-day return airfare, and shall submit a voucher for reimbursement.

No adjournments will be granted. Time is excluded to September 26, 2023 in the interest of justice.

SO ORDERED.

Dated:  September 21, 2023             ___/s/ Alvin Hellerstein___
        New York, New York             ALVIN K. HELLERSTEIN
                                       United States District Judge