**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NY 10013
Tel: (646) 763-1490
sabrinashroff@gmail.com

November 20, 2022

VIA ECF

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: United States v. Orsini Quintero, 19 Cr. 144 (AKH)

With consent of the government and pretrial services, I write to request modification of the bail conditions in place. We ask that the Court allow Pretrial Services to determine Mr. Orsini's requests for travel during the holidays. He wishes to spend Thanksgiving, Christmas and the New Year holidays with immediate family who are to spend it with their larger family.

Should the Court grant this request, pretrial would, in its discretion be able to grant or deny his request to spend those days with an extended curfew schedule. I have spoken/emailed with Joshua Rothman, Supervisory Probation Officer in New York, as well as his counterparts in Miami, Florida who supervise Mr. Orsini and they consent to the modification. The government also consents to this modification.

I thank the Court for its continuing attention to this matter.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Michols Orsini Quintero

SPS/mtf
cc: Pretrial

So Ordered: _/s/ Alvin K. Hellerstein_
Hon. Alvin K. Hellerstein
11-20-23