UNITED STATES DISTRICT COURT
SOUNDED DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| -against- | 19 Cr. 144 (AKH) |
| MICHOLS ORSINI QUINTERO, | |
| Defendant. | |

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Quintero's sentencing is adjourned to February 22, 2024 at 11:00 a.m.

SO ORDERED.

Dated:   January 19, 2024         ___/s/ Alvin Hellerstein___
         New York, New York       ALVIN K. HELLERSTEIN
                                  United States District Judge