UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                         :
UNITED STATES OF AMERICA,              :
                                         :    **ORDER**
                                         :
            -against-                     :    19 Cr. 144 (AKH)
                                         :
                                         :
MICHOLS ORSINI QUINTERO,            :
                                         :
                       Defendant.    :
                                         :
-------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

Mr. Orsini Quintero's sentencing is hereby adjourned until April 4, 2024 at 11:00 a.m. due to delays in gathering and submitting the necessary information to the Court ahead of the proceeding.

        SO ORDERED.

Dated:       February 20, 2024                ____/s/ Alvin Hellerstein____
               New York, New York              ALVIN K. HELLERSTEIN
                                                        United States District Judge

2