UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
: **ORDER**
:
-against- : 19 Cr. 144 (AKH)
:
:
MICHOLS ORSINI QUINTERO, :
:
Defendant. :
:
-------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

The oral request for an adjournment of the sentencing is denied. The Court has already given two prior adjournments and will not give another. The sentencing of Mr. Orsini Quintero will take place as scheduled on April 4, 2024, at 11:00 a.m.

SO ORDERED.

Dated:   March 28, 2024
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge