**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

April 23, 2024

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

The sentencing is adjourned to July 10, 2024 at 10:00 a.m.

SO ORDERED.

Dated: 4/25/24         *Alvin K. Hellerstein*
New York, New York     Alvin K. Hellerstein
                       United States District Judge

*United States v. Michols Orsini Quintero*, **19-CR-00144 AKH**
**(Mr. Orsini's Request for Adjournment of Sentencing Date)**

Dear Judge Hellerstein

Sentencing is set for May 2, 2024.  With consent of the government, I write to respectfully request an adjournment of that sentencing date. The government consents as I am unexpectedly travelling for work (witness interviews and trial preparation) on the case of *United States v. Ho Wan Kwok*, 23 Cr. 118 (AT). The trial case is a complicated one; there are two defendants and trial involves foreign language interpretation. The government estimates trial to last for 6 to 8 weeks. In addition, Mr. Orsini seeks to consult with an immigration lawyer prior to sentence. The government consents to this request.

For the reasons stated above, I respectfully ask the Court to reschedule Mr. Orsini's sentencing to a date convenient to the Court's trial and other calendars. I thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Michols Orsini Quintero


cc: All counsel of record (by ECF)