

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 3, 2024

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michols Orsini Quintero*, 19 Cr. 144 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter jointly on behalf of the parties to request respectfully that the sentencing of defendant Michols Orsini Quintero, currently scheduled for July 10, 2024, be adjourned for the reasons set forth below.

    Defense counsel Sabrina Shroff, Esq. has been engaged for the last several weeks as counsel in a lengthy trial before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, in the case of *United States v. Ho Wan Kwok*, 23 Cr. 118 (AT), which is still ongoing and will continue into next week. Accordingly, due to the conflict in schedules and additional time required for defense to prepare for sentencing in light of the prolonged trial, an adjournment of sentencing is required. The parties have conferred and have availability the week of August 12, 2024, to the extent there is an available date then convenient for the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Kaylan Lasky / Kevin Sullivan
    Assistant United States Attorneys
    (212) 637-2315 / -1587

cc:    Sabrina Shroff, Esq. (by ECF)