Barinas, April 15, 2024

Hon. Alvin K. Hollerstein. (sic.)
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Honorable Judge. The purpose of this letter is to inform you that I am aware that my son, Michols Orsini Quintero, has been arrested for conduct that is illegal in the United states and I am aware that You, Your Honor, will soon impose sentence.

I, Jomy Quintero Duin, Graduate in Education and Retired from the Venezuelan Department of Education, Divorced, 68 years of age, and residing in Venezuela. I come to you, Your Honor, as Mother of the defendant appealing to your good heart, to request a lenient sentence for my son, as he has devoted himself to his family and work, [being the] support of his home and mine as Mother (sic.), and therefore as the main pillar of the same.

He was a child born on November 10, 1976, and raised within a young family, Italian Father (sic.) and Venezuelan Mother (sic.). Next to his siblings he shared with them and learned the values and sacrifices with which we raised the family and, therefore home and academic upbringing of each of them. A Christian Family. He went to Elementary and High School in the states of Portuguesa and Barinas and later he moved to the city of Maracay, Aragua State, to undergo training in the Venezuelan Air Force.

I wish to highlight that he was always a well behaved student during his studies, including during his time in the Venezuelan Air force. He got his start in Sports (sic.) at the age of 4 years in Venezuelan Swimming, representing the states of Portuguesa and Barinas in Regional (sic.) and National (sic.) events. Likewise, during his time at the Venezuelan Air Force, in addition to standing out as a good student, he continued participating

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

in sports representing such Academy in different spheres, not only in Swimming (sic.) but also in Triathlon (sic.) and other sports disciplines, obtaining many prizes for that house of studies, which had forgone recognition in sports for a long time. He graduated in the year 1999, as Graduate and Pilot of the Venezuelan Air Force, achieving recognition from other countries, such as:

**\* Flight Spirit Prize**, granted by the Defense Attache. Embassy of the United States of North America in Caracas. 12/12/2000-

**\* Flight Spirit Prize** as recognition by the Brazilian Air Force. Caracas 12/12/2000.

**\* Best Flight Spirit.** Bolivian Air Force. Caracas 12/12/2000.

+ (sic.) **The Greatest Flight Spirit.** Awarded by the Military and Air Attache of Mexico, representing the Mexican Army and Air Force.

After completing his studies as an Officer of the Venezuelan Air Force, he was deployed to the Teniente Vicente Landaeta Gil Air Base in the State of Lara and then he was transferred to the Generalisimo Francisco de Miranda Air Base, located at La Carlota, Caracas, Distrito Federal until his retirement. During his time in service he also stood out for being hard-working, helpful and good-hearted, not only with the family but also with his fellow officers and community.

Married to Mirger Lisbeth Perez Perez, with whom he had two children: Sthefany and Angelo Perez Orsini.

Giving faith of the above, I very respectfully bid your leave.


[Illegible signature]

Jomy Quintero Duin


ID: V-4198383

Home address: Urbanizaci[on Prados de Altos Barinas. Alto Barinas Sur. Barinas. Venezuela.

Phone: 58-424-503-1574

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

April 15, 2024

**Hon. Alvin K. Hellerstein**
**United States District Court**
**Southern District of New York**
**500 Pearl St.**
**New York, NY 10007**

"Honorable Judge" (sic.)

Cordial Salutations to you, with the awareness that my husband Michols Orsini has been arrested for a conduct considered illegal in the United States and that he is close to being sentenced, I ask you from my heart for a lenient sentence for my husband, not without asking you first for compassion and benevolence before this man (Michols Orsini) who for me is the pillar of my family in addition to being a man for whom the family bond is a priority and a virtue, which is something very valuable today. Virtues make the man and even though in life mistakes are committed, as children of God we also have the opportunity to amend the mistakes, be forgiven, and be comforted, and as the bible teaches; for your actions you shall be recognized, there are two stories that I would like to share with you that no one else knows, and that say a lot about this man's heart. I will expand below:

In the year 2001 my brother was going through depression and thanks to Michols, my brother is alive today, because he saved his life precisely when my brother Luis was taking his own life by hanging. Michols quickly grabbed him and was able to snap the rope and took him down from there, those were difficult times, but Michols helped him get out of that situation by giving him advice and talking with him. If it were not for Michols, my brother would have died, I am eternally grateful to him.

Another situation to reflect is approximately in 2011, his co-worker at Seguros Constitucion, called Thais Rivero was suffering from Obesity and had bad health, she required an operation that cost a lot of money, at the time in Caracas, and Michols donated a great part of the sum so that she would be able to get the surgery, improving her quality of life. I learned about this story a while later when she told me, since Michols did not divulge is intention of helping her like Matthew 6 says: "Do good without mentioning it."

In consideration of situations that send a message about who is Michols Orsini and what inhabits in his heart, I ask you again for leniency in this case and that my husband be able to live in freedom and return to his normal life together with us, his family.

With all my respect to you,
A cordial salutation and blessings.

[Illegible signature]
*Mirger Perez de Orsini*

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

Davie, FL 4/18/24

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St. New York, 10007

Hon. Judge Hellerstein

I, Angelo Orsini Perez, am writing to Your Honor in the hopes of advocating for a reduced sentence for the defendant, my father, in light of his guilty plea.

Hon judge, I wanted to talk to you about my dad's sentencing. I don't want to waste your time so I'm going to keep it short. My dad is the most important person in my life and when he had to go that was hard for me because we had a special bond and that was broken when he left and when he came back it was a hard time trying to rebuild that bond and now it feels like nothing ever happened and all I ask is for you to be sincere with his sentence and give him a right full sentence but not along one because I have been with my dad for my entire life and he has never left my side and he has helped me in school and I have learned new things with him every day like changing car oil or fixing things around the house or car parts, obviously while keeping me safe and making sure that I can learn so please Mr. Hellerstein just give him a sincere sentence.

Thank you for considering my perspective.

Sincerely.

*Angelo orsini Perez*

Angelo Orsini Perez

L'Aquila, April 18, 2024.

**Hon. Alvin K. Hellerstein**
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Honorable Judge Hellerstein, I write to you respectfully on the occasion of requesting, mainly, magnanimity at the moment of making the decision on the day of the sentence that you will impose on my son Michols Orsini Quintero; case No. 19-CR-144 (AKH), because it is the small things which need great spirits to be recognized.

Your Honor, my name is Mario Orsini Giancarli, I am a Retired (sic.) University Professor, son of a Sargent of the Italian Army during World War II, who after seven years of service had to return to his home by foot, carrying only an "Iron Cross" to honor, and my mother a young seamstress. The economic recession after the war forced my father to look for new horizons and we emigrated to Venezuela in the mid 50's. Where I grew up in austerity under the rigor of my father and the over-protection or confinement imposed by my mother, thanks to them I acquired principles, discipline, and responsibility, and indirectly, creativity, ingenuity, and perseverance.

Your Honor, please forgive the preamble, but it is the basis on which my intellect was built, feeding from two springs. On one hand, the enclave that represents my Italian family upbringing; where after crossing the threshold I had to reset my brain to speak and talk in Italian, transmitting values and principles of equity, discipline, and responsibility; and on the other hand, living with simple, open, and warm people, typical of Venezuelan fraternity, little by little create a framework of solidarity and trust that promotes the individual's spontaneous participation and proactivity without fear from mistakes; that, together with a formal education was what I would teach my students and was what I taught my children.

And perhaps he is today under arrest for breaking a federal law as a consequence of a chain of events resulting from decisions made proactively, trying to do what he considered right within an environment of great tension considered trustworthy. Michols was never violent; rather quiet, insightful, and of few words, he inspires confidence. He has never had a history with justice, nor personal problems, his dream was to fly and he did that. He was very happy and I very proud of him.

Five years have passed since his reclusion, which span all the way back to the unexpected arrest, the uncertainty of understanding what was happening, all the way to becoming conscious of reality behind bars, and subsequent incarceration; immersed in an environment filled with new codes, alien to his day-to-day life, he had to make adjustments that that would permit his survival. Together with the deterioration of family relationships that try to find some answers to this improper behavior; after more than two years he is granted the grace of home arrest with the hope of burying these dark episodes in the box of memories and give way to the bright light of the home, with all the emotional charge of the reunion, of affection loaded with guilt, distance, and not-belonging. He realizes that time passes and he is a prisoner in his own house, falls into depression and is a prisoner of his own self.

But life goes on and he decides to fight, .......*like when he was an high category athlete in his youth; or like when after a national swimming competition he was offered a scholarship to study at an american (sic.) university and he preferred a spot to join the Officers' Academy of the Venezuelan Air Force pursuing a dream, to be an F16 pilot; or when being #2 in Flight and #13 in his class he wasn't assigned to the F16 group but to the F5, in which due to equipment deterioration and much affluence (sic.) of superior officers he would fly very little and decides to transfer to the military support group for the transport of government officials (SATA) in order to fly daily; or when political changes become concrete actions that go against his principles, he asks to be discharged and with my full support goes after the old American project when acquaintances from the hangars where SATA plains would be serviced offer him to work as a private airplanes and Charter (sic.) flights pilot.*

He chooses life, reinvents and transforms himself nights of insomnia, family isolation, he turns his prison into a fulcrum for new projects; he rearranges the house, fixes floors and roofs, transforms spaces and with them, little by little, he finds his own self again, source of inspiration and support for his family. He asks for psychological help and spiritual support; they are granted, and he begins to savor the simple things that aren't perceived or rather appreciated for their true value that are offered to him by life, the caress of the wind, the humidity of the rain, the warmth of the sun, the chats with the therapist, faith and hope on Saturdays at church or the gossip from the barbershop, little by little all that reintroduces him into the social fabric.

He gains spaces, accompanies his daughter to work, takes his son to school and goes to school meetings or activities, and starts doing small jobs that contribute to the family's finances and make him part of the productive sector. Thanks to the program of protection and surveillance for home arrest he has been able to reconquer affections, progressively re-joining society and, above all, feeling not only like a man who is useful for society but needed.

I wish to conclude my presentation stating that all I said is true, under the perspective imposed on me by the circumstances; I haven't seen my son since 2016, when I visited him in Miami with the intention of evaluating the possibility of emigrating, given the situation with crime, health, and economy, which would make my permanence in what had been my second homeland for 60 years unsustainable, but not able to fulfill the requirements for an investor's visa, in the year 2017 I emigrated for a second time back to my birthplace, Italy, in order to acquire once again my Italian citizenship and be able to gain access to social security. However, this distance has never ceased to be present in every significant episode of his life, in which he has allowed me to participate, from his morning swimming sessions to the weekly calls and emails, or when there was a possibility, during his incarceration in New York until his reinsertion in Miami, during which we would speak or the typical weekly family teleconferences organized by his sister.

For all of the above, and with Your Honor's permission, I ask for mercy for Michols in order to leave behind this painful but necessary process of regeneration and to give him the opportunity to re-join all the activities that allow him to participate, protect, and continue on the path next to his loved ones.


Thank you.

[Illegible signature] Apr. 18, 2024

Mario Orsini
orsini.mario@gmail.com
+39 3420043273

Palma de Mallorca, April 17, 2024

Hon. Alvin K. Hollerstein (sic.)
United States District Court
Southern District of New York
500 Pearl St
New York, 10007 (sic.)

Honorable Judge, the purpose of this letter is to let you know that I am aware that my uncle Michols Orsini Quintero was arrested for conduct that is not legal in the United states, I confirm my awareness that you, your honor (sic.), will soon impose sentence.

I, Maria Jose Pena Orsini, 21 years of age, write to you to ask you to give a lenient sentence to my uncle. Since I was little I have always felt very sheltered by my family, but especially by my uncle, despite having been raised in Spain, I have always felt his caring and support, for me he is not only my uncle, he is my friend, my teacher, and a person who has been indispensable in my upbringing.

My uncle, since I have use of reason, has been the glue of the family, he always made efforts so that we could all get together and try for the distance not to be so great, for me he is an example to follow on how a brother ought to be, as I have always seen his relationship with my mother (his sister) and I have thought about the beautiful connection they have, about how much they help, value, and love each-other, during difficult moments they always worry and help one-another as much as they can.

I also wanted to highlight his work as a father and husband, I have had the pleasure of seeing my cousins grow up in a home filled with love from their parents, they have never lacked anything and have always been a close  family.

Lastly, I wanted to talk about him as a person, he truly is someone who has always been ready to help, I remember that he would spend hours on the phone explaining to me everything that I couldn't understand when I had a test, I have gone to him with personal problems, life doubts and I have always found unconditional support and help that has no room for distance.

Giving faith of the above, I respectfully bid your leave.


[Illegible signature]
Maria Jose Pena Orsini

Avenida Son Rigo, Palma de Mallorca April 17, 2024

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

A Coruna, April 18, 2024

Hon. Alvin K. Hollerstein (sic.)
United States District Court
Southern District of New York
500 Pearl St
New York, 10007 (sic.)

Honorable Judge, the purpose of this letter is to let you know that I am aware that my uncle Michols Orsini Quintero was arrested for conduct that is not legal in the United States, confirming thus my awareness that you, your honor (sic.) will soon impose a sentence.

I, Paola Patrizia Pena Orsini, 23 years of age, write to you, your honor (sic.) to ask you to impose a merciful sentence for my uncle. Despite not having been physically close for most of my life, since we moved to Spain when I was still very little, my uncle has always been present in my life, being a constant source of support and encouragement.

My uncle is a kind, respectful, funny, and very hardworking person. Every time that we were able to come together thanks to his effort and perseverance, he had made an effort for us to spend quality time, happy and without worries, whether it was teaching us how to dive underwater in the pool, riding with us on the most risky rollercoasters or spending the afternoon at a BBQ. I have also been witness to the great support that he is both for my mother (his sister), as well as for his parents, as he is always there to provide support for them in any way he can, making the distance much shorter despite adversity.

Not wanting to leave out his work as a father and head of the family, as he has been its main source of support, with the purpose that his children never lack anything, whether something material or what is really important love and support, giving them stability and a safe environment in which to grow up.

Giving faith of the above, I respectfully bid your leave.

[Illegible signature]
Paola Patrizia Pena Orsini

Ronda de Outeiro 412, A Coruna April 18, 2024

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

A Coruna, April 17, 2024

Hon. Alvin K. Hollerstein (sic.)
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007


Honorable Judge,
My name is Twynky Orsini Quintero, I am the youngest sister of Michols Orsini Quintero, who has been arrested for conduct that is illegal in the United States and I know that he is facing a sentence that you will soon determine.

For which I ask for mercy before this situation, so that my brother can continue practicing his profession and continue with his life doing what he likes the most, flying. Allowing him in this way to continue being the source of income for his family and the support of the same.

Michols for me is a reference, an example to follow. My unconditional support, my friend, my confidant. The one who encourages me to continue fighting, to continue learning to be better… We have had fun moments together, enjoyed our victories, such as academic degrees, or our weddings, just like we have gone through very difficult moments, such as this process, which we have been facing for years; the unexpected death of our oldest brother due to crime in our birth country, Venezuela, or my divorce. My brother has always been by my side and I by his, he helped me from a distance, since I have lived in A Coruna - Spain since almost 20 years ago. When I had doubts on how to confront the situation with my separation, adverse situations with my adolescent daughters, he has always patiently listened to my concerns, assertively (sic.) advising me.

Since we were little, we have always had a very close relationship, based on respect and love, we have grown up together, helping in our home for the upkeep of the same with our parents, until we married and started our own families. We have had a strict upbringing since both our parents are educators, in addition, having my brother studied in the Military Aviation Academy, he has exquisite (sic.) discipline, he is a protective and kind person with his family and with others, even though some times, due to being good, we have had to go through some difficulty, but that makes us stronger and closer.

He is an exemplary father, always looking after his children, a obliging husband helping his wife in work and academic projects. Always trying for

that balance in the family (sic.), it isn't easy to lead a family, but it is beautiful to watch one's children grow up, be good persons, and enjoy their achievements.

Without anything else to add, I bid your leave, Your Honor, sending you warm greetings.


[Illegible signature]
Sincerely: Twynky Orsini Quintero
ID No. 49914163T.

Address: Ronda de Outeiro 412, 2da Izquierda, 15011, A Coruna, A Coruna, Spain.

April 17, 2024

Hon. Alvin K. Hellerstein

United States District Court Southern District of New York

500 Pearl St

New York, NY 10007


 Honorable Judge,

The undersigned, Corteza Duin, bearer of ID No. 9.565.403, resident of Cabudare, Lara state, Venezuela, I write to you very respectfully.
With the purpose of asking for your mercy in the case of MICHOLS ORSINI QUINTERO. Who has been arrested for a conduct illegal in the United States.
I have known Michols since he was born. Being the son of my sister Jomy Quintero Duin. As a child very cheerful, talkative, respectful, curious, vivacious. Very obedient and with sports discipline.
Sharing with him a good part of his childhood and adolescence in the maternal home. Always on the right path and friendships with interests in sports.
In his adult life demonstrating his good education, good son, brother, nephew and, above all, Excellent father and husband, demonstrating at all times great responsibility and love for the home.
Great sense of charity and helpfulness with those in need. Christian values.
Quite open and communicative.

I remain yours,
Sincerely


[Illegible signature]
CORTEZA DUIN
ID No. 9.565.403

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

04/17/2024

Hon. Alvin K. Hellerstein
United State District Court
Southern District New York
500 Pearl St.
New York, NY 10007

RE: Character Letter for Michols Orsini

Honorable Judge Hellerstein,

I am writing to provide a character reference for Michols Orsini, whom I have known since we were kids, I am aware that Michols Orsini is appearing before you in court, and I would like to express my support for him.

I have had the pleasure of knowing Michols Orsini for more of 40 years, and during this time, I have come to know him as a good person, kind and a family man. I am sure he is willing to take responsibility for his actions, full of remorse, accountability, and willingness to make amends.

I am aware of the charges that Michols Orsini is facing, and I know that he is willing to take full responsibility for their actions. He serious to address their behavior, seeking counseling, community service, or other relevant measures that you may impose as a punishment on him as the law dictates. I believe that Michols Orsini is a person of good character who made a mistake, and that he is committed to making amends and becoming a better person and became a positive contributor to society.

I believe that Michols Orsini has learned from his mistake and is committed to making things right. I am confident that with a little compassion he can become a positive member of society and make a valuable contribution to our community.

Thank you for considering my letter, and I am available to answer any questions or provide further information if needed.

Sincerely,

Yvan N Duin-Obregon
yvanduinobregon@gmail.com

April 17, 2024

Hon. Alvin K. Hellerstein

United States District Court Southern District of New York

500 Pearl St

New York, NY 10007


 Honorable Judge,


I, ODILIA YANNIRA DUIN bearer of ID. No. V-9.565.402, of age and resident of Araure, Portuguesa State (Venezuela), as maternal aunt of MICHOLS ORSINI QUINTERO, can say that he is an honest and responsible person in the performance of his duties. With values and principles, as well as an excellent student and athlete. Since his childhood he was a very good student and loved sports, being swimming his passion, in which he stood out on a national level, obtaining medals in the Youth Games celebrated in Barinas. After completing high school, he decides to become a Pilot (sic.) and that is how he joins the Armed Forces of our Country (sic.), where he reached the rank of Captain and then decides to request his discharge. He is a hardworking person, persevering, concerned about the well-being of his family always demonstrating that he is a good son, brother, nephew, father, and husband.

It is known to me that MICHOLS ORSINI QUINTERO has been arrested for conduct that is not legal in the United States and that you will impose sentence soon, To (sic.) which, Your Honor, with all respect I would like to ask you for a merciful sentence for him.

Yours truly,
Sincerely


[Illegible signature]
ODILIA YANNYRA DUIN
ID No. 9.565.402

April 17th 2024.

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Honorable Judge,

I know that Mr. Orsini has been arrested for conduct that is illegal in the United States and I know that the judge will soon impose sentence. Please have mercy on him.

Michols is a great childhood friend. My parents and their parents were professors at the National University of the Llanos Ezequiel Zamora in Barinas, Venezuela. We lived for more than 10 years in the same neighborhood. He comes from a beautiful family with his mother: Mrs Jomy, father: Mario and his siblings: Mark and Twinky, I still remember those times under the canopy in the patio of their house playing board games, learning to dance salsa and merengue, and spending hours listening to music in the living room of his house with several friends from the neighborhood. It was a very healthy and happy family environment. We made our First Communion together when we were about 10-year-old. We went to Elementary School together, until we graduated from High School at Colegio San Juan Bautista de La Salle. Michols was always very responsible with his classes and his sport. He was one of the best athletes for many years in the Swimming Discipline. He represented our State of Barinas for several years in the National Competitions. He has always been a great friend to anyone who knows him, very happy and respectful. He is one of those who maintains long-lasting personal and loving relationships (with the girlfriends I knew him, they lasted for years). Like most people, when he leaves home to study at the University we loses contact for many years; and there comes a time when we meet again. That's how it was with Michols, after several years, we met again in the capital of Venezuela, each one with his family, spouse and children, I knew he was in the Aviation and as always happy and thankful with his life and his plans for a good future with his family.

Sincerely,

Maria Alejandra Barrios
2736 Rochelle Dr
Winter Haven, FL.
(321)3102830

L'Aquila, April 16, 2024.

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Honorable Judge, firstly, I respectfully salute you, wishing that you are well.

My name is Carol Vera de Orsini, I am the wife of Mario Orsini, father of Mr. Michols Orsini Quintero, and I have taken the liberty of writing to you as a relative of our beloved Michols.

Honorable Judge, I am aware of the fact that Michols has been arrested and accused for conduct considered judicially wrongful by the laws of your country. Likewise, I understand that he faces a process which will have its outcome through a sentence that will be imposed by the court you preside.

Honorable Judge, it is precisely about the sentence, which is soon to be imposed by your respectable court, that I would like to share some reflections with you.

As you well know, through a life devoted to Justice, which has allowed you to be a first-row witness, the devastating effect of having a relative detained or, worse, in prison, can cause a family. (sic.)

In short, just like I have lived through it next to my husband, to his sister, to the entire family, all of us are detained with him, with Michols.

Honorable Judge, that Saturday, when I received a call from his sister, Twynky, telling me what was happening, I felt a terrible fear in my heart, a coldness that ran through me, and even more so when I understood that it was for me to tell my husband that his son had been detained.

One of the main reasons for which we emigrated from Venezuela to Italy was Mario's health. He was diagnosed with a malignant arrhythmia that, thank God was later dismissed, but at that moment my fear was two-fold, for Michols and for my husband's health, for how he would react to such terrible news.

Honorable Judge, as a lawyer I know that any person who commits an offense, breaking the laws, must face the consequences of his acts, that is undebatable. The foundation of western (sic.) society, as we know it, is the respect for the Rule of Law. That is what has allowed us to reach the level of civility necessary to coexist and progress as a civilization.

However, Honorable Judge, in this lines I respectfully take the liberty of asking you that when the moment to impose sentence comes in Michols' case, that you could take into consideration being merciful in the imposition of such sentence.

Honorable Judge, the day I met Michols I understood why Mario spoke about him with so much pride. He was a strong, handsome, simple, radiant, smart young man with a laughter that is like a waterfall of joy when it's heard. A solid (sic.) confident man who made those he loves feel safe. A friend to his friends and always available to lend a hand to whomever might need it. And as a son, I have seen, throughout all these years, the unconditional love and respect that he feels for his father.

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

Honorable Judge, knowing Michols, I know that from the mistakes he made, for which he is paying a high price, today there exists a better Michols. Stronger, humbler, more compassionate, more empathic, more grateful.

I imagine that some time, Honorable Judge, you might have heard about the traditional Japanese art called Kintsugi, applied especially to broken ceramic pieces. This art, instead of hiding the damage, gives these broken pieces a new appearance, enlarging the fractures with gold, giving them new life. Honorable Judge, with all respect for your investiture, I ask, for our Michols, for the possibility of being like a beautiful broken vase that was restored, with fractures filled with gold, with a new life, I ask respectfully that you take mercy into consideration when the moment comes to impart justice.

"Mercy and truth preserve the king, and with mercy his throne is upheld."

Proverbs 20-28

VR1960

[Signature: Carol Vera de Orsini]

Apr. 16, 2024, L'Aquila, Italy

Translated by Alex Wieder – Federally Certified Spanish Interpreter – 218-656-0132 – getme@alexwieder.com

Abril 20, 2024

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Honorable Judge,

I am writing this letter of recommendation for my cousin Mr. Michols Orsini. I am aware that Mr. Orsini has been arrested due to elicit conduct in the United States of America. I have had the privilege of knowing Mr. Michols Orsini since we were kids and I have come to admire his exceptional qualities as a father, husband, dedicated professional, and a positive person.

As a father, Mr. Orsini has always prioritized his time with his kids, he has been dedicated to their formation and has always been a supportive father. He approaches fatherhood with a deep sense of responsibility and devotion, always prioritizing the well-being and happiness of his kids and wife. Despite the demands of his profession, Mr. Orsini consistently made time to be actively involved in his children's lives, offering them guidance, encouragement, and unwavering support.

Mr. Orsini wanted to become a pilot ever since he was a little kid and never ever wanted any other profession, he was focused on his education and sports because he was always convinced that his dedication, organization and focus was instrumental for him to achieve his dream. In his professional capacity as a pilot, Mr. Orsini always excelled in every aspect of his work. His extensive knowledge, exceptional skill, and unwavering commitment and love for aviation, always opened new doors for him and he loved every minute of his career.

One of Mr. Orsini's most admirable qualities is his unwavering optimism. Regardless of the challenge he encounters, he approaches every situation with a can-do attitude and a determination to overcome obstacles, and I believe this is because he is convinced that better days are ahead of him. His positive outlook not only fosters a supportive environment but also inspires confidence and trust among everyone around him.

Furthermore, Mr. Orsini is highly organized and responsible, traits that have served him well in the past. These traits together with his positive attitude and outlook in life, is what got him through a very hard moment after his motorcycle accident, an accident that could have

devastated many people, but Mr. Orsini was determined to heal to be able to fly again and to be an active participant of his kids' lives.

My cousin Michols is an outstanding individual who embodies the qualities of a devoted father, an exceptional pilot, and a positive person. I have no doubt that given the opportunity to continue his journey, he will be a great contributor to society. I wholeheartedly plead to you for clemency, to please give him an opportunity to enjoy his freedom, because I know that Michols' better days are ahead.

Please feel free to contact me if you require any further information or clarification regarding my recommendation of Mr. Michols Orsini. I am more than happy to provide additional insights into his character.

Thank you for considering clemency for Mr. Orsini.

Sincerely,

Liderman Duin
12721 Overbrook Rd
Leawood, KS 66209
(913) 553-9760

April 20, 2024

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007


Honorable Judge,

I know that Mr. Orsini has been arrested for conduct that is illegal in the United States and I know that he is facing a sentence. With this letter I give faith that I know Michols Orsini since he was born until today.

He has stood out for being an excellent human being and a citizen who fulfills his duties and rights (sic.). Honorable as a son, student, professional, and head of a family.

I am aware that soon Your Honor will impose a sentence and I respectfully beg you for Mercy (sic.) toward Mr. Michols Orsini.


Sincerely,

[Illegible signature]
Yria Lizardo

Mexico City Apr. 17, 2024

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Honorable Judge Hellerstein,

I Marisabel Manzanero have known Michols Orsini Quintero since he was 16 years old, our families used to spend time enjoying vacations together on the same week and from there we and our families became good friends, as we coincided for many years, which allowed us to get to know each-other better and spend times together on multiple occasions, later when we grew up our friendship became stronger.
Michols is a great human being with a noble heart and a great sense of humor. When I was in college he was building his career in aviation and was considered the best in his group he always stood out in his academic, sports, and practical assignments, obtaining the privilege of flying planes that were exclusive for the best in the school.
I know him as a friend, as a brother, as a son, as a nephew, as a cousin, during his phase as a student, in the exercise of his profession, and as the head of a family, as I have had the pleasure to enjoy next to him throughout these years.
Once he started his family I have seen from up close the love he has for his children, being a loving and present father who wants to teach his children by his own example everything that his parents transmitted to him, as well as his own experience to help them be responsible, reach their goals and dreams, but above all, instilling the values and the importance of doing things as best as possible. He is a person who always takes care of his family who wants what is best for them with wonderful values. I have admired him very much for his perseverance, tenacity, responsibility, for his abilities, his passion for life and the disposition to help people, his constant good humor and the great human being that he is.

I have known him for approximately 31 years and I can only say good things about him, in every facet of his life whether familiar, social, or professional in which I have had the pleasure of partaking he is a person I value, admire, and respect.

I am aware that Mr. Michols Orsini Quintero has been arrested for conduct that is illegal in the United States and I know that he is facing a legal process and that soon the Judge will impose sentence. And by means of these lines I advocate for a lenient sentence for him.

[Illegible signature]
Marisabel Manzanero

April 17th 2024

Hon. Alvin K. Hellerstein,

United States District Court

Southern District of New York

500 Pearl St.

New York, 10007

Hon. Judge Hellerstein,

I, Sthefany Orsini Perez, am writing to Your Honor in the hopes of advocating for a reduced sentence for the defendant, my father, in light of his guilty plea.

As a high school graduate from Western High School in Broward County, Davie, Florida, and currently employed as a Starbucks barista while pursuing my passion for art, I have witnessed firsthand the complexities of my father's character. Despite his imperfections, he has always been a hardworking provider for our family, ensuring that there was food on the table, a roof over our heads, and opportunities for my education. His dedication to our well-being has been unwavering.

Throughout my childhood, my father taught valuable life lessons, from teaching me how to ride a bike to instilling resilience in the face of setbacks. However, his frequent absences due to work obligations have left me grappling with feelings of abandonment. Birthdays, school events, and milestones were often missed, creating a sense of longing and resentment.

Despite these challenges, I recognize the sacrifices my father has made to provide for our family. His absence was not a choice made lightly but a necessity driven by circumstances beyond his control. I believe that his remorse for his actions, coupled with his commitment to our family's well-being, warrants consideration for a reduced sentence.

Furthermore, since his return home, our relationship has improved significantly. We have been able to spend more time together, rebuilding the bonds that were strained during his absence. His efforts to reconnect and be present in my life have been sincere and impactful and I'd like continue to keep healing and growing with him.

I humbly urge Your Honor to take into account the full scope of my father's character and contributions to our family when determining his sentencing. While accountability is important, I believe that leniency in this case would allow him the opportunity to continue supporting our family while seeking redemption for his mistakes.

Thank you for considering my perspective.

Sincerely,

Sthefany Orsini Perez.