Case 1:19-cr-00144-AKH   Document 325-1   Filed 07/21/24   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :      ORDER

-against-                       :      19 CR 144 (AKH)

MICHOLS QUINTERO ORSINI,        :


            Defendant.          :

-------------------------------X


Upon the application of the defendant Michols Orsini, by his attorney Sabrina Shroff, and upon all papers and proceedings heretofore had herein, it is hereby; ORDERED, pursuant to 18 U.S.C. § 4285 and/or § 4282, that the U.S. Marshal furnish the defendant with out-of-custody transportation on Thursday, July 25, 2024, from his home in Miami, to New York, New York, following his in-person sentencing proceeding in the Southern District of New York on July 25, at 2:00 p.m. before the Honorable Hellerstein.

DATED:    New York, N.Y.
          July 21, 2024


_____
Alvin K. Hellerstein
United States District Judge