**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

August 28, 2024

BY Email & ECF

Hon. Alvin K. Hellerstein
Judge, United States District Court
  For the Southern District of New York
500 Pearl Street – Courtroom
New York, New York 10004

Re: *United States v. Orsini Quintero, 19 cr. 144 (AKH)*

Dear Judge Hellerstein,

The case against Mr. Orsini concluded with this Court sentencing him to time served. The government consents and we ask the Court to Order pretrial to return to Mr. Orsini his passport and that of his family members which was held as part of his bail conditions. Thank you.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Mr. Orsini Quintero

cc: Pretrial Services

*So Ordered*
*8-28-24*
*Alvin K. Hellerstein*